**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| DEBORAH ELIZABETH GOUCH-ONASSIS, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CV425-139 |
| DEPARTMENT OF DEFENSE, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Defendant United States of America moves to stay discovery in this case pending resolution of its Motion to Dismiss. Doc. 45. Plaintiff Deborah Elizabeth Gouch-Onassis responded that "now is the time for the complaint to be heard by the Court," and asks that the Court deny the Motion to Stay and "move this case forward." Doc. 48 at 1, 2.

A court has "broad discretion" in determining whether to grant a stay of discovery. *Rivas v. The Bank of New York Mellon*, 676 F. App'x 926, 932 (11th Cir. 2017); *see also Phipps v. Blakeney*, 8 F.3d 788, 790 (11th Cir. 1993) ("The district court has broad discretion to control discovery."). When "deciding whether to stay discovery pending resolution of a pending motion, the Court inevitably must balance the

harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery." *SP Frederica, LLC v. Glynn Cnty.*, 2015 WL 5242830, at *2 (S.D. Ga. Sept. 8, 2015) (internal quotation marks omitted) (quoting *Feldman v. Flood*, 176 F.R.D. 651, 652 (M.D. Fla. 1997)).

Here, considering this balance, a stay of discovery is appropriate. Defendant's Motion to Dismiss challenges all claims raised by Plaintiff. *See generally* doc. 44. As Defendant's Motion to Stay explains, resolution of its Motion to Dismiss has the potential to dispose entirely of the claims at issue on purely legal questions, so an Order staying discovery will protect both parties from the burdens and costs of unnecessary discovery. Doc. 45 at 2. The Motion to Stay is, therefore, **GRANTED**. Doc. 45. Accordingly, all discovery deadlines in this case, including the deadline to confer and submit a report under Federal Rule of Civil Procedure 26(f), are **STAYED** pending the Court's resolution of Defendants' Motion to Dismiss, doc. 44. If any claims remain pending, the parties are

**DIRECTED** to confer and submit a report as required by Rule 26(f) within 21 days of the Court's disposition of the Motion to Dismiss.

**SO ORDERED**, this 30th day of September, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA